UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| GERALD ERICKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 3:10-cv-0678-LRH-VPC |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL WITHOUT |
| PNC MORTGAGE; *et al.* | ) | PREJUDICE PURSUANT TO |
| | ) | LOCAL RULE 41-1 |
| | ) | |
| Defendants. | ) | |
| | ) | |

    It appearing to the Court that this action has been pending in this Court for more than nine (9) months without any proceeding having been taken therein during such period;

    IT IS, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice for want of prosecution pursuant to provisions of Local Rule 41-1.

    DATED this 6th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE